Louis Schwartz, appellant, v. Mathias Hoffman, appellee. Gen. No. 32,936.

Heard

in the second division of this court for the first district at the October term, 1928. ▮▮▮▮▮ Opinion filed February 14, 1929.

L. A. Sherwin, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee; Francis E. Hinckley, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.